RECEIVED

DEC 2 3 2004

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/3/2005

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE / OPELOUSAS DIVISION

| | |
|---|---|
| JENNIFER LAKEY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, DEVIN LAKEY AND DYLAN LAKEY | DOCKET NO. 6: 04 CV 2136 |
| VERSUS | JUDGE DOHERTY |
| GILCHRIST CONSTRUCTION COMPANY, LLC., ET AL | MAGISTRATE METHVIN |

### ORDER

Considering the foregoing Motion for Summary Judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed on behalf of defendant, Gilchrist Construction Company, LLC., is hereby GRANTED thereby dismissing all claims asserted against defendant, Gilchrist Construction Company, LLC, with prejudice, at complainants' sole costs.

FURTHERMORE, having weighed the inconvenience and costs of piecemeal review against the danger of denying justice by delay, this Court finds that there is no just reason for delay and directs a final judgment in favor of Gilchrist Construction Company, LLC.

Lafayette, Louisiana, this 3 day of February, 2005.

_____
U.S. DISTRICT JUDGE