RECEIVED

NOV - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JENNIFER LAKEY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, DEVIN LAKEY AND DYLAN LAKEY | CIVIL ACTION NO 04-2136 |
| VS. | JUDGE DOHERTY |
| GRAY INSURANCE CO., AMERICAN CRANE CORP. AND TEREX CRANES, INC. | MAGISTRATE JUDGE METHVIN |

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Jennifer Lakey, Individually and on Behalf of her Minor Children, Devin Lakey and Dylan Lakey, and Defendants TEREX CRANES, INC., ("Terex") and THE AMERICAN CRANE CORPORATION, improperly named and served as TEREX AMERICAN CRANE CORP., ("American Crane"), file this Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and respectfully shows the Court as follows:

1. Plaintiff sued Defendants Terex and American Crane for damages arising out of an on-the-job accident involving Matthew Lakey.

2. Plaintiff now longer wishes to pursue her claim against Defendants Terex and American Crane and now moves to dismiss her suit against Defendants Terex and American Crane with prejudice. Defendants have answered and agree to the dismissal.

3. This case is not a class action and a receiver has not been appointed in this action.

4. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

5. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

6. This dismissal is with prejudice.

Respectfully submitted,

**RIVERS BECK DALRYMPLE LEDET**

By: _____
Eugene A. Ledet, Jr.
Louisiana Bar No. 19681
P.O. Drawer 12850
Alexandria, LA 71315-2850
Telephone: (318) 445-6581
Facsimile: (318-445-3708
ATTORNEY FOR PLAINTIFFS

**GOFORTH LEWIS SANFORD LLP**

By: _____
Daniel O. Goforth, Attorney in Charge
Texas Bar No. 08064000
Casey A. Bell
Texas Bar No. 24012271
1111 Bagby Suite 2200
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
ATTORNEYS FOR DEFENDANTS TEREX CRANES, INC. AND THE AMERICAN CRANE CORPORATION



# RIVERS • BECK • DALRYMPLE • LEDET

ATTORNEYS AT LAW

Robert L. Beck, Jr.
Joseph T. Dalrymple
Eugene A. Ledet, Jr.

Larry W. Rivers
Of Counsel

5208 Jackson St. Ext., Suite A
P.O. Drawer 12850
Alexandria, LA 71315-2850
Telephone: 318-445-6581
Toll Free: 800-445-6581
Telecopier: 318-445-3708
Email: rbdl@cox-internet.com
Fed. ID No.: 72-0980113

November 3, 2005

Honorable C. Michael Hill
U. S. Magistrate Judge
800 Lafayette, St., Suite 4900
Lafayette, LA 70501

Re: Jennifer Lakey, individually and on behalf of her minor children, Devin Lakey and Dylan Lakey
v. Gilchrist Construction Company, LLC
Docket Number: 6:04 CV 2136

Dear Magistrate Hill:

Enclosed for your consideration and signature is the original Stipulation of Dismissal and Order of Dismissal with Prejudice. Once signed, please request a copy be provided to all known counsel. Thank you.

With best regards, I remain

Respectfully yours,

RIVERS, BECK, DALRYMPLE & LEDET

BY: _____
Eugene A. Ledet, Jr.

EAL,Jr/rb
Enclosure
cc: Mr. K. C. Bell(w/enc.)
    Mr. Gregory J. Laborde (w/enc.)
    Mr. Hubert Oxford, III (w/enc.)