

RECEIVED
NOV 1 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JENNIFER LAKEY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, DEVIN LAKEY AND DYLAN LAKEY § § § § | CIVIL ACTION NO 04-2136 |
| VS. § § | JUDGE DOHERTY |
| GRAY INSURANCE CO., AMERICAN CRANE CORP. AND TEREX CRANES, INC. § § § § | MAGISTRATE JUDGE METHVIN |

## ORDER OF DISMISSAL WITH PREJUDICE

On this _9_ day of _November_, 2005, the Court considered the parties' Stipulation of Dismissal. After reviewing the stipulation, the Court GRANTS the stipulation.

Therefore, this action is hereby DISMISSED WITH PREJUDICE to refiling same.

SIGNED on _November 9_, 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_____
Eugene Ledet
Counsel for Plaintiff

_____
Daniel O. Goforth
Counsel for Defendants